AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

Franklin S Simms
_____
Petitioner

v.                                                Case No. 4:22cv300-AW/HTC
                                                         _____
                                                         (Supplied by Clerk of Court)

CIA
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Franklin S Simms
   (b) Other names you have used: N/A
2. Place of confinement: Arizona department of Corrections
   (a) Name of institution: mcpherson County Jail, Larned hospital,
   (b) Address: Topeka State hospital, maricopa County Jail, Brownsville Tx Jail, Escambia County Jail,
   (c) Your identification number: Chattahoochee hospital, South mississippi
3. Are you currently being held on orders by: hospital, hospital pensacola fl, hospital
   ☐ Federal authorities    ☐ State authorities    ☒ Other - explain: milton fl

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): Asking Court to instruct Central intelligence Agency to destroy the highly valuable and desired pornography of me and not to help try to make it look like Someone else obtained the pornography

### Decision or Action You Are Challenging

Not using the Computer String machine.

5. What are you challenging in this petition?
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

You Judge need to not travel to ft smith to see the pornography of me which you know is distributed for viewing by Computer string machine.

FILED USDC FLND TL
AUG 16 '22 PM 19
SJB

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): To instruct the Central intelligence Agency to destroy the illegally obtained pornography And not to try to help to make it look like Someone obtained it Legally

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Central intelligence Agency
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No   No grievance Can be filed No grievance policy
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No   No grievance Can be filed No grievance policy

Page 3 of 9

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No   No Appeal policy
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____
      _____
      _____
      _____
      _____

   (b) If you answered "No," explain why you did not file a third appeal: _____
   _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes   ☐ No
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes  ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: writ of habeas Corpus not
(b) Name of the authority, agency, or court: to be Strip Searched to obtain illegal nude photos and video
(c) Date of filing: Ft Smith Ar, Tulsa Oklahoma
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Not to receive Cruel and unusual treatment of CIA using the Computer string machine to illegally obtain Nude pornography of me Franklin Shane Simms.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Seen illegally obtained Nude pornography of me looked at by women in San Diego bar, barned state hospital, chattahoochie hospital, women in maricopa county jail and asked to strip, Arizona dept Correction, corrections woman officer watched me shower

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** To not let CIA to try to make it look like Someone Legally obtained illegally obtained Nude photos or video that CIA illegally obtained moving women on String machine

(a) Supporting facts (Be brief. Do not cite cases or law.): and taking Nude video, photos of me.
Also using Computer string machine to Capture my Nude image in Jails etc putting Image on mirrors and taking photos and video of image of me.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND THREE:** Acted with justification to defend myself as the jury was instructed by Judge Daniel barker there was adequate evidence for the jury to Consider I was justified in the use

(a) Supporting facts (Be brief. Do not cite cases or law.): of force.
The testimony I and others made I was attacked by Thomas Clark and Terpstra had a big mop stick about 5 feet long he struck me with after clark hit me. The judge and jury was rigged to Convict me.

(b) Did you present Ground Three in all appeals that were available to you? Case # 94-92968
☒ Yes     ☐ No     mesa Arizona.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I am the best looking, best physically fit built youngest looking 60 yr old man in united States, I have a college degree, two Computer certifications And never have been mentally ill.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
Past

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-30-22

*Franklin S Simmons*
*Signature of Petitioner*

Self
*Signature of Attorney or other authorized person, if any*

