**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FRANKLIN S. SIMMS,**

      **Petitioner,**

**v.**                                                                              **Case No. 4:22-cv-300-AW-HTC**

**CIA,**

      **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Franklin Simms filed a § 2241 petition. The magistrate judge issued a report and recommendation concluding the petition should be dismissed. ECF No. 5. Simms submitted another filing, which I will treat as an objection to that report and recommendation. ECF No. 6. Having considered the matter de novo, I now ORDER the following:

1.    The report and recommendation (ECF No. 5) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice for lack of jurisdiction."

3.    The clerk will close the file.

SO ORDERED on October 10, 2022.

                                 s/ *Allen Winsor*_____
                                 United States District Judge